IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50524
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

WILLIAM A. LUSK,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CA-586-JN
- - - - - - - - - -
February 26, 1996

Before GARWOOD, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     William A. Lusk appeals the dismissal of his post-conviction
motion.  Lusk contends that the Government failed to produce
exculpatory evidence and witness statements to him in violation
of the rule in <u>Brady v. Maryland</u>, 373 U.S. 83, 86 (1963), and the
Jencks Act, 18 U.S.C. § 3500(b).  Lusk also contends that he
received ineffective assistance of counsel.  A careful review of
the record and the arguments of the parties reveals that Lusk has
shown no reversible error in the district court's judgment.

     AFFIRMED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.